O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUC H. TRUONG, | CASE NO. SA CV 12-01134 JAK (RZ) |
| Petitioner, | |
| | JUDGMENT |
| vs. | |
| L.S. McEWEN, WARDEN, | |
| Respondent. | |

This matter came before the Court on the Petition of DUC H. TRUONG, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: October 2, 2012

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE